■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAGED GRAIS, Appellant. [50 NYS3d 301]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Guzman, J.), imposed September 3, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Brown*, 122 AD3d 133, 137 [2014]; *People v Torres*, 105 AD3d 978 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Austin, Roman, Hinds-Radix and Duffy, JJ., concur.